# HUSAIN LAW + ASSOCIATES, PC

LITIGATION | IMMIGRATION | AVIATION

5916 Winsome Lane, Suite 400
Houston, Texas 77057

ACCEPTED
15-25-00177-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/5/2025 1:28 PM
CHRISTOPHER A. PRINE
CLERK
Telephone (713) 800-1200
Facsimile (713) 800-0786

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/5/2025 1:28:10 PM
CHRISTOPHER A. PRINE
Clerk

**Joshua R. Leske**
jleske@hlalawfirm.com
www.hlalawfirm.com

December 5, 2025

***Via E-Filing***

Mr. Christopher A. Prine
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

> Re:     Cause No. 15-25-00177-CV; *Jeremy McKnight v. Spotlight Karaoke, LLC*; In the Court of Appeals for the Fifteenth District of Texas.

Dear Mr. Prine:

The Court has requested the status of the Reporter's Record in this matter. Our office was notified by Ms. Angela Chambers, the Official Court Reporter for the 395th Judicial District Court, that there is no reporter's record for this matter. A copy of Ms. Chambers' email is attached hereto.

Sincerely,

*/s/ Joshua R. Leske*

Joshua R. Leske

JRL
Attachment

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Joshua Leske
Bar No. 24060162
jleske@hlalawfirm.com
Envelope ID: 108776422
Filing Code Description: Letter
Filing Description: Letter to Clerk Regarding Reporter's Record
Status as of 12/5/2025 2:21 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joshua Leske | | jleske@hlalawfirm.com | 12/5/2025 1:28:10 PM | SENT |